**Order entered May 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01341-CV

### DONNA PULKRABEK, Appellant

### V.

### THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellee

On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-13476

## ORDER

We **GRANT** appellant's motion for extension of time to file reply brief and **ORDER** the

brief tendered to the Clerk of this Court May 12, 2015 filed as of the date of this order.


/s/     CRAIG STODDART
          JUSTICE